UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Vernon Royce Williams Jr.**  Docket No. 7:12-CR-140-4BO

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Vernon Royce Williams Jr., who, upon an earlier plea of guilty to Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 16, 2013, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Vernon Royce Williams Jr. was released from custody on June 20, 2016, at which time the term of supervised release commenced in the Eastern District of New York.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 21, 2018, Mr. Williams was arrested by the New York City Police Department in Queens, New York and charged with Felony Strangulation. It is alleged that this offense occurred because of an ongoing problem with his neighbor taking up all the parking spaces around the defendant's home and even blocking his driveway at times. This charge remains pending and according to Assistant District Attorney Samuel Pellegrino, it has been reduced to a misdemeanor since there were no visible marks on the victim witnessed by the officers. Additionally, the defendant left the district without permission and traveled to Orlando, Florida the week of July 23, 2018. The defendant's supervising officer, Charnice D. Perez, has requested that in response to this non-compliance, the defendant's term of supervised release be extended for an additional 90 days with no further court action taken at this time. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The term of supervised release be extended for 90 days.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller,<br>Supervising U.S. Probation Officer | /s/ Maurice J. Foy<br>Maurice J. Foy<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: September 20, 2018 |

Vernon Royce Williams Jr.
Docket No. 7:12-CR-140-4BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this  21  day of  September , 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge